# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 22-1880      **Short Title:** Portnoy v. Insider, Inc.

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from November 7, 2022
   2. Date this notice of appeal filed November 9, 2022
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   ☑ Yes    ☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   ☐ Yes    ☐ No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   ☐ Yes    ☐ No
         If yes, explain_____

C. Has this case previously been appealed?   ☐ Yes    ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   ☐ Yes    ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Insider, Inc.
   Attorney Elizabeth A. McNamara, Lindsey B. Cherner, and Rachel F. Strom
   Address Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
   Telephone (212) 603-6437

2. Adverse party Henry Blodget
   Attorney Elizabeth A. McNamara, Lindsey B. Cherner, and Rachel F. Strom
   Address Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
   Telephone (212) 603-6437

3. Adverse party Nicholas Carlson
   Attorney Elizabeth A. McNamara, Lindsey B. Cherner, and Rachel F. Strom
   Address Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
   Telephone (212) 603-6437

SEE ATTACHED ADDENDUM

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name David Portnoy
   Address
   Telephone

   Attorney's name Howard M. Cooper and Christian G. Kiely
   Firm Todd & Weld LLP
   Address One Federal Street, 27th Floor, Boston, MA 02110
   Telephone (617) 720-2626

2. Appellant's name David Portnoy
   Address
   Telephone

   Attorney's name Andrew B. Brettler
   Firm Lavely & Singer PC
   Address 2049 Century Park East, Suite 2400, Los Angeles, CA 90067
   Telephone (310) 556-3501

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

    Signature  /s/ Christian G. Kiely
    Date  November 28, 2022

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| DAVID PORTNOY,<br><br>　　　　　　Appellant,<br><br>INSIDER, INC., at al.,<br><br>　　　　　　Appellees. | No. 22-1880 |

**ADDENDUM TO DOCKETING STATEMENT**

4.　　Adverse Party　Julia Black
　　　Attorney　　　Elizabeth A. McNamara, Lindsey B. Cherner, and Rachel F. Strom
　　　Address　　　Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
　　　Telephone　　(212) 603-6437

5.　　Adverse Party　Melkorka Licea
　　　Attorney　　　Elizabeth A. McNamara, Lindsey B. Cherner, and Rachel F. Strom
　　　Address　　　Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
　　　Telephone　　(212) 603-6437