United States Court of Appeals
For the First Circuit

_____

Appeal No. 22-1880

**DAVID PORTNOY,**
**Plaintiff-Appellant**

v.

**INSIDER, INC., ET AL**
**Defendants-Appellees**

_____

## STIPULATION OF DISMISSAL

Plaintiff-Appellant David Portnoy and Defendants-Appellees Insider, Inc., Henry Blodget, Nicholas Carlson, Julia Black and Melkorka Licea, hereby stipulate that the appeal taken in this case by means of the notice of appeal filed by David Portnoy on November 9, 2022 may be dismissed with prejudice pursuant to Fed. R. App. P. 42(b)(1), with each side to bear its own fees and costs.

Respectfully submitted,

| For the Plaintiff – Appellant, | For the Defendants – Appellees, |
|---|---|
| **David Portnoy,** | **Insider, Inc., et al**, |
| By his attorneys, | By their attorneys, |
| /s/ Howard M. Cooper | /s/ Elizabeth A. McNamara |
| Howard M. Cooper (First Circuit #42972) | Elizabeth A. McNamara (First Circuit #1142991) |
| Christian G. Kiely (First Circuit #1189215) | Lindsey B. Cherner (First Circuit #1205684 |
| Todd & Weld LLP | Rachel F. Strom (First Circuit #1205682) |
| One Federal Street, 27th Floor | Davis Wright Tremaine LLP |
| Boston, MA 02109 | 1251 Avenue of the Americas |
| 617-720-2626 | 21st Floor |
|  | New York, NY 10020 |
|  | 212-402-4069 |
| Andrew B. Brettler (*pro hac vice*) | |
| abrettler@berkbrettler.com | |
| Jake A. Camara (*pro hac vice*) | |
| jcamara@berkbrettler.com | |
| Berk Brettler LLP | |
| 9119 Sunset Boulevard | |
| West Hollywood, CA 90069 | |
| 310-278-2111 | |

Dated:  February 1, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ *Christian G. Kiely*
Christian G. Kiely